Case 03-21858    Doc 22    Filed 02/03/10    Entered 02/03/10 13:50:33    Desc Main
                              Document      Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - x
                          :    Chapter 7
In re:                    :    Case No. 03-21858RKM
                          :
TERILL S. JORDISON and    :    UNCONDITIONAL TRANSFER OF CLAIM
KRISTEN JORDISON,         :    OTHER THAN FOR SECURITY
                          :    and
                          :    WAIVING OF NOTICE
              Debtor(s).  x
- - - - - - - - - - - - -
```

FILED IN THE UNITED STATES BANKRUPTCY COURT
2010 FEB -3 AM 11: 47
DISTRICT OF UTAH

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Notice and evidence is hereby given pursuant to FRBP Rule 3001(e)(2) of the transfer other than for security of the claim referenced in this evidence and notice.

**TRANSFEROR:**

E.P.L.O.                              Claim Number: ____#1_____

1939 S 1100 E                         Claim date: _____3/11/03_____

Salt Lake City, Ut 84106              Last four Digits of account: __NONE__

801- 738-6706                         Email: ___Eplo@ureach.com___


Notification is waived with respect to this notice of transfer of Claim pursuant to FRBP Rule 3001.

Sign: _____[signature]_____   Date: __2/1/10__

Print name: __MIKE TURMAN TRUSTEE__   Title: __CLAIM OWNER__

**TRANSFEREE NOTICE ADDRESS:**              **TRANSFEREE PAYMENT ADDRESS:**

Superior Water & Air                         Superior Water & Air

3536 S 1950 W                                3536 S 1950 W

West Valley City, Ut 84119                   West Valley City, Ut 84119

Laurie Phillips                              Laura Phillips


**I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.**

Transferee/Agent __[signature] Laurie Phillips__   Date: __2/3/10__

*Penalty for making a false statement: Fine of up to $500,000 dollars or imprisonment up to 5 years or both 18 U.S.C 152 & 3571*