UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

------------------------------------------------- x
: Chapter 7
In re: :
: Case No. 03-21858 RKM
TERILL S. JORDISON and KRISTEN :
JORDISON :
: ORDER TO PAY UNCLAIMED FUNDS
:
Debtor(s) :
--------------------------------------------------- x

    IT APPEARING THAT the funds payable to <u>Superior Soft Water</u>, in the amount of <u>$424.92</u> were not charged against the bank account of the debtors estate within the 90 day limit pursuant to 11 U.S.C. § 347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the clerk, United States Bankruptcy Court, and

    IT FURTHER APPEARING that <u>Superior Water & Air</u> now claims the above monies in the petition attached hereto,

    THEREFORE, IT IS ORDERED THAT the clerk of the Bankruptcy Court shall pay the unclaimed funds in the amount of <u>$424.92</u>, which is the sum of all monies on deposit, to the order of <u>Superior Water & Air</u> and mail the check care of Laurie Phillips (company controller) to <u>3536 S 1950 W,  West Valley City, Ut 84119</u>

Dated:_____

_____
Bankruptcy Judge